THE BOARD OF TRUSTEES OF THE COUNTY SEMINARY OF TIPPE-
CANOE COUNTY v. LOCKWOOD.

Saturday,
December 31.

ERROR to the *Tippecanoe* Court of Common Pleas.

*Per Curiam.*—The judgment is affirmed with costs.

Z. *Baird*, for the plaintiffs.

R. C. *Gregory* and H. W. *Chase*, for the defendant.

---

WORT v. SCOTT.

Saturday,
December 31.

ERROR to the *Jackson* Circuit Court.

*Per Curiam.*—Disseizin. Recovery below by the plaintiff. The trial was upon the general issue. There is no bill of exceptions, and no brief by the plaintiff in error. We do not know, and see no reason why, the case should be here. The judgment is affirmed with costs.

J. G. *Marshall* for the plaintiff.

H. P. *Thornton* and F. *Emerson*, for the defendant.